UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA MAESTAS,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-06-220-CI<br><br>ORDER FOR REMAND PURSUANT TO<br>SENTENCE SIX, 42 U.S.C.<br>§ 405(g) |

Based on the Defendant's unopposed Motion for Sentence-Six Remand,

**IT IS ORDERED** that the Motion **(Ct. Rec. 6)** is **GRANTED.** This case is **REMANDED** for further administrative proceedings under sentence six of 42 U.S.C. § 405(g). On receipt of this Order, the Commissioner will remand the case to an administrative law judge for a de novo hearing, unless the Commissioner locates the missing hearing tape and associated claim documents in the interim, in which case the Commissioner will assemble and file a transcript of the previous administrative proceedings with this court along with an answer to Plaintiff's complaint.

DATED October 27, 2006.

                                      S/ CYNTHIA IMBROGNO
                             UNITED STATES MAGISTRATE JUDGE

ORDER FOR REMAND PURSUANT TO SENTENCE SIX, 42 U.S.C. § 405(g) - 1